**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH EVANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RABBI MOSKOWITZ, et al., ) <br> ) <br> Defendants. ) <br> ) | NO. CV 07-7090 DDP (SS) <br><br> **ORDER ADOPTING FINDINGS,** <br><br> **CONCLUSIONS, AND RECOMMENDATIONS** <br><br> **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendants' Motion to Dismiss and for More Definite Statement, Plaintiff's Opposition, Defendants' Reply, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, as well as Plaintiff's and Defendants' Objections. The Court has conducted a de novo review of those portions of the Report and Recommendation to which Objections were directed. The Court concurs with the Report and Recommendation's findings, and the Objections do not cause the Court to reject or modify them. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

\\

\\

1       IT IS ORDERED that Defendants' Motion to Dismiss, or, in the
2  alternative, Motion For A More Definite Statement is DENIED.  Pursuant
3  to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants must serve an
4  answer or other response to the Second Amended Complaint within 10 days
5  of the date of this Order.

7       The Clerk of the Court is directed to serve copies of this Order
8  and on Plaintiff and counsel for Defendants.

10 DATED: August 18, 2009.

                                    _____
                                    DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE

2